DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIZZY SCREEN,**
Appellant,

v.

**PITCHIE ESCARMENT,**
Appellee.

No. 4D2025-3777

[April 2, 2026]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. 062024SC070321AXXXCE.

Kizzy Screen, Dania Beach, pro se.

Pitchie Escarment, Opa Locka, pro se.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***